```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/09
```

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WILLIAM KUNTZ, III,                    :       09 Civ. 5884 (SHS)
                                               USBC 09-11701 (MG)
            Appellant,              :

-against-                              :       ORDER

SILICON GRAPHICS, INC.,                :

            Appellee.               :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      An appeal having been filed on June 26, 2009 from the Order of Honorable Martin Glenn, U.S. Bankruptcy Judge, dated May 13, 2009,

      IT IS HEREBY ORDERED that:

      1.    Appellant's brief is due on or before July 31, 2009;

      2.    Appellee's response is due on or before August 14, 2009; and

      3.    Any reply is due on or before August 21, 2009.

Dated: New York, New York
       July 10, 2009

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.